## STATEMENT OF FACTS

Members of the Metropolitan Police Department's Carjacking Taskforce Unit and the Federal Bureau of Investigation within the District of Columbia have been investigating an Armed Robbery of an Establishment that occurred on March 2, 2026, at a Subway Sandwich Shop in Washington, D.C.  As set forth below, using surveillance footage, law enforcement was able to piece together the suspect's ("S-1") movements before and after the robbery. This footage ultimately led law enforcement to a phone number for the registered owner of a vehicle that picked up S-1 following the robbery, and through evidence from that phone number along with additional surveillance footage, law enforcement was able to determine that S-1 was ABDULLAH THOMAS.

### The Robbery

On March 2, 2026, at approximately 1845 hours (6:45 PM), members of the Metropolitan Police Department's (MPD) Sixth District patrol section were dispatched to a Subway Sandwich Shop located at 3950 Minnesota Avenue Northeast, Washington, D.C., tfor a report of a robbery. Once on scene, V-1, an employee of the Subway, advised that S-1 entered the establishment and ordered a sandwich.  V-1 made the sandwich and went to the cash register to proceed with retrieving payment when S-1 pointed a black in color handgun at V-1.  V-1 advised that S-1 stated words to the effect of, "give all the money." S-1 provided V-1 with a white plastic bag and V-1 placed the U.S. currency from the cash register into the bag.  V-1 advised that the U.S. currency in the cash register at the time of the robbery was approximately $200.00 to $250.00.  S-1 fled the scene on foot toward Minnesota Avenue metro-station, which is located at 4000 Minnesota Avenue Northeast, Washington, D.C.  V-1 described S-1 as approximately 6'0" to 6'3" in height, approximately 185 to 200lbs in weight, wearing a black coat, dark blue jeans, and possibly a light color hoodie underneath the coat.  S-1 was wearing a black mask on his face and carrying a black in color backpack on his back.  Upon arrival on scene, MPD members were also able to speak with the store manager, R-1, who was not in the store at the time of the offense but who had called 911.

### On Scene Investigation

MPD Detective M. Vest arrived on scene, interviewed V-1 and the store manager, R-1, and proceeded to review the video surveillance footage that captured the offense.

V-1 told Detective M. Vest that while working inside of the establishment, making sandwiches, S-1 walked in and placed an order for a tuna sandwich.  When they got to the register, S-1 pointed a black in color handgun at V-1 and demanded U.S. currency.  V-1 complied by opening the cash register, placing the U.S. currency into the provided plastic bag, and returning the bag to S-1.  S-1 fled on foot from the establishment after committing the robbery. V-1's description of S-1 was that he was fully covered, including a full-covering mask. Detective M. Vest interviewed R-1, the store manager, who was made aware of the robbery when IT received a telephone call at approximately 1845 hours (6:45 PM), from V-1, advising that the establishment had just been robbed at gunpoint.  R-1 immediately responded to the establishment, checked the cash register, and advised that approximately $200.00 in U.S. currency was stolen.  A Be on the Lookout ("BOLO") was prepared and disseminated throughout MPD and other surrounding jurisdictions to identify S-1.  A member of the Department of Forensic Sciences responded to process the scene and took wet/dry swabs of the exterior, upper left edge of Subway's cookie case.

*Review of Subway Sandwich Shop's Footage from the time of the robbery.*

1. Exterior Camera - Channel 1

   a. On March 2, 2026, at approximately 1844 hours (6:44 PM) a camera labeled "Channel 1", captured S-1 pacing back and forth in front of the establishment, while pointing, and then walking inside of the establishment. S-1 was captured wearing a dark-black puffy coat with a hood, a light-colored hoodie under the coat, that appears grey, dark-colored, distressed jeans, light-colored gloves, a dark-black bookbag, and dark boots.





*S-1 Outside of the Store*

2. Interior Camera- Camera 8

    a. Interior cameras captured S-1 inside of the establishment at approximately 1844 hours (6:44 PM). At approximately 1845 hours (6:45 PM), S-1 was observed in front of the food counter as he appeared to be placing his order, pointing at the glass that showed the sandwich toppings. Your affiant reviewed the interior cameras and it appears that S-1's boots appear to be consistent with Nike brand boots.



*Interior Footage from Subway Sandwich Shop*



*Nike Boot*

b.  At approximately 1846 hours, surveillance footage shows S-1 inside the Subway Sandwich shop. S-1 reached into his waistband, retrieved a dark-colored handgun, and pointed it at V-1. Before displaying the handgun, S-1 removed his wallet from his back pocket and placed it on the counter. S-1 then used the same hand to reach into the front of his coat and retrieve the handgun. S-1 handed V-1 a plastic bag. V-1 opened the cash register, placed U.S. currency into the bag, and returned it to S-1. S-1 took the bag and exited the establishment onto Minnesota Avenue Northeast. While placing his sandwich order, S-1 was observed holding a white plastic bag in his left hand.



*S-1 Reaching Into Waistband*





*S-1 Brandishing the Firearm and Holding the Plastic Bag*

### Tracking of S-1's Movements Before and After the Robbery

Throughout the course of the investigation, Detective A. Mason was able to track S-1's movements prior to and after he committed the robbery through reviewing surveillance footage. As detailed below, the investigation revealed that S-1 traveled from Prince George's County, Maryland into the District of Columbia to commit the robbery, and traveled back to Prince George's County, Maryland afterward. S-1 primarily used the Washington Metropolitan Area Transit Authority's ("WMATA") buses and rail cars to travel before and after the robbery. In addition, after the robbery, S-1 was picked up at the Suitland-Silver Hill, Maryland metro-station, which is located at 4500 Silver Hill Road, Suitland-Silver Hill, Maryland 20746, by a grey/black 2016 JEEP Wrangler Unlimited Sahara, 4-ddor SUV, bearing District of Columbia registration (tags).

### S-1's Movements Prior to the Establishment Robbery

1. Southview Apartment Complex Footage

   a. On March 2, 2026, at approximately 1556 hours (3:56 PM), footage captured S-1 exiting 1500 Southview Drive, Oxon Hill, Maryland, and walking southbound through the parking lot in the direction of Southview Drive, Oxon Hill Maryland. S-1 was captured wearing the same clothing he wore while committing the armed robbery except for the grey article of clothing underneath the black jacket.





*Footage of S-1 Leaving 1500 Southview Drive*

2.  Further Southview Apartment Complex Footage

    a.  At approximately 1558 to 1604 hours, footage captured S-1 walking in a westbound direction on Southview Drive, Oxon Hill, Maryland, towards Southern Avenue Southeast Washington, D.C. It should be noted that the camera that captured S-1 walking towards Southern Avenue Southeast, Washington, D.C. was behind by approximately two hours.







*S-1 Walking Toward Southern Avenue*

3. WMATA Footage

    a. At approximately 1613 hours, S-1 boarded a WMATA metrobus (2849) at Chesapeake Street and Southern Avenue Southeast Washington, D.C., where he committed fare evasion. At approximately 1620 hours, S-1 exited the WMATA metrobus at the Southern Avenue metro-station, at 1411 Southern Avenue Temple Hills, Maryland. S-1 committed fare evasion at the Southern Avenue metro-station where he boarded a train on the green line to Greenbelt. As S-1 walked through the Southern Avenue metro-station he appeared to be using his cellular telephone. At approximately 1639 hours (4:39 PM), S-1 exited the rail car at the L'Enfant Plaza metro-station on the upper-level platform by the green and yellow lines, transferred on the lower level (orange/blue lines), and then exited the rail car at Minnesota Avenue metro-station at approximately 1703 hours.



*S-1 on Bus 2849 (Left Three Photos); S-1 Talking on Phone (Right Photo)*

    b. At approximately 1703 hours (5:03 PM), footage shows S-1 walking from the Minnesota Avenue metro-station, crossing the metrobus lot, and walking on Minnesota Avenue Northeast, Washington, D.C. At approximately 1705 hours (5:05 PM), footage also shows S-1 walking in the 4000 block of Minnesota Avenue Northeast, Washington, D.C. The shopping center camera that captured S-1 walking in the 4000 block of Minnesota Avenue Northeast, Washington, D.C. was approximately thirty-seven minutes ahead. S-1 was captured on additional cameras, particularly 4021 Minnesota Avenue NE, in the 4000 block of Minnesota Avenue NE, Washington, D.C., walking on the sidewalk in the direction of the establishment.



*S-1 Crossing Metro-Bus Lot*



*S-1 on 4000 Block of Minnesota Avenue NE*



*S-1 on 4000 Block of Minnesota Ave NE*

4.  Surveillance Footage from Minnesota Avenue & Benning Road NE, Washington, D.C.

   a.  On March 2, 2026, from 1706 to 1709 hours (5:06 PM – 5:09 PM), S-1 was captured walking on the sidewalk in the 4000 block of Minnesota Avenue NE, Washington, D.C.  Footage shows S-1 crossing at the intersection of Minnesota Avenue and Benning Road NE, Washington, D.C.





***S-2 On Sidewalk at 400 Block of Minnesota Avenue NE***

   b.  S-1 then continued walking in the 3900 block of Minnesota Avenue NE, Washington, D.C. on the opposite side of the street from the Subway Sandwich Shop at 3950 Minnesota Avenue Northeast, Washington, D.C.  S-1 appeared to be pacing back and forth on the sidewalk in the 3900 block of Minnesota Avenue NE and appeared to be looking across the street at the establishment.  From 1710 to 1713 hours (5:10 PM – 5:13 PM), S-1 was captured walking back towards the intersection of Minnesota Avenue and Benning Road NE. While standing on the corner, S-1 appeared to have removed his backpack from his back, placed it onto the sidewalk, opened it, and appeared to be gathering items from it.  Surveillance footage captured a light-colored item in the backpack.  S-1 appeared to remove a black article of clothing from the backpack and place the item on his head.  S-1 was also captured wearing light colored gloves as he crossed the intersection at Minnesota Avenue and Benning Road, continuing to walk on the sidewalk in the 4000 block of Minnesota Avenue NE, and then placing the backpack back onto his back.  At approximately 1712 hours (5:12 PM), S-1 was captured on the sidewalk

stopping midway in the block, turning around looking toward the intersection and the establishment.  S-1 was captured turning around as he continued walking on the sidewalk in the 4000 block of Minnesota Avenue NE, toward the metro-station. Indeed, as S-1 walked on the sidewalk, he was captured several times looking back in the direction of the establishment, before going out of camera view.



*S-1 Taking Items from Backpack*



*S-1 Crossing Intersection While Wearing Gloves*



*S-1 on 4000 Minnesota Avenue NE*

**S-1's movements leading up to the Establishment Robbery**

5.  Surveillance Footage from Minnesota Avenue & Benning Road NE, Washington, D.C.

    a.  On March 2, 2026, at approximately 1813 hours (6:13 PM), footage shows S-1 walking from the direction of the Minnesota Avenue metro-station, 4000 block of Minnesota Avenue NE, towards the intersection of Benning Road and Minnesota Avenue NE, Washington, D.C. and the Subway Sandwich Shop. S-1 was now wearing a grey article of clothing, possibly a hoodie, underneath the black coat, showing through the hood on his coat. S-1 continued walking on the sidewalk, turning left in the 3900 block of Benning Road NE. S-1 was captured across the street, from the left side to the right, before going out of camera view. At approximately 1816 hours, S-1 walked down the sidewalk in the 3900 block of Benning Road towards the intersection of Minnesota Avenue NE, Washington, D.C. where he turns left into the 3900 block of Minnesota Avenue NE and paced on the sidewalk, directly across from the establishment.



*S-1 Pacing by Subway Sandwich Shop*

6. Surveillance Footage from Minnesota Avenue & Dix Street NE, Washington, D.C.

   a. On March 2, 2026, at approximately 1817 hours (6:17 PM), footage captured S-1 walking on the sidewalk in the 3900 block of Minnesota Avenue NE, where he approached the intersection of Minnesota Avenue and Dix Street NE, making a left onto the 3900 block of Dix Street NE, before going out of camera view.



*S-1 at Corner of Minnesota Avenue NE and Dix Street NE*

7. Surveillance Footage from Minnesota Avenue & Benning Road, Washington, D.C.

   a. On March 2, 2026, at approximately 1820 hours (6:20 PM), footage shows S-1 back in camera view walking on the sidewalk in the 3900 block of Benning Road NE, approaching the intersection of Minnesota Avenue NE, Washington, D.C. S-1 is captured standing on the corner of Minnesota Avenue and Benning Road NE as he appeared to be using his cellular telephone and pacing back and forth on the

sidewalk. S-1 turned left onto the 3900 block of Minnesota Avenue NE and walked on the sidewalk as he appeared to still be using his cellular telephone, as his arm appeared to be extended up to his ear.

b.  At approximately 1829 hours (6:29 PM), S-1 appeared in camera view walking from the 3900 block of Minnesota Avenue NE, crossing the intersection of Minnesota Avenue and Benning Road NE, and walking into the 4000 block of Minnesota Avenue NE. S-1 appeared to be on his cellular telephone because his arm appeared extended up to his ear as he was captured looking around. At approximately 1833 hours (6:33 PM), S-1 was captured walking back towards the 3900 block of Minnesota Avenue NE from the 4000 block of Minnesota Avenue NE, as he appeared to be still using his cellular telephone.









*S-1 Pacing and on the Phone*

8. Surveillance Footage from Minnesota Avenue & Dix Street NE, Washington, D.C.

    a. On March 2, 2026, at approximately 1836 hours (6:36 PM), S-1 is captured walking into a WMATA bus shelter, located in the 3900 block of Minnesota Avenue NE, D.C., where he stood pacing back and forth before sitting on the bench.



***S-1 in Bus Shelter***

9. WMATA Metro-Bus 2831 Footage

    a. On March 2, 2026, a WMATA metro-bus (2831) captured S-1 sitting on the bench inside the metro-bus shelter in the 3900 block of Minnesota Avenue NE, Washington, D.C., directly across the street from the establishment.



***Exterior Bus Footage of S-1***

10. Surveillance Footage from Minnesota Avenue & Dix Street NE, Washington, D.C.

    a. On March 2, 2026, at approximately 1843 hours (6:43 PM), footage showed S-1 walking across the middle of the street towards the establishment, ultimately entering and committing the robbery.







*S-1 Crossing the Street and Entering the Establishment*

**S-1's Flight Path after committing the Establishment Robbery**

After committing the robbery, S-1 exited the establishment at approximately 1847 hours (6:47 PM), fleeing on foot from the 3900 block of Minnesota Avenue into the 4000 block of Minnesota Avenue NE.  He ultimately entered the Minnesota Avenue metro-station, and boarded an orange line train, at approximately 1853 hours (6:53 PM).



*S-1 Leaving the Establishment*

11. Minnesota Avenue Metro Station Footage

     a.  Footage from the Minnesota Avenue Metro station showed S-1 jumping over the fare gate.  Upon entering the metro-station, S-1 changed from the black coat into a grey hoodie, with the hood on his head tied tight around his face, and with a black face mask covering his face. Prior to boarding the train, S-1 appeared to be holding a grey article of clothing and a set of blue headphones.





*S-1 at Minnesota Avenue Station*

b. S-1 exited the railcar at L'Enfant Plaza metro-station on the lower level by the orange and blue lines.  He had changed from jeans to grey sweatpants at some point while on the train.  Those sweatpants were consistent with the grey article of clothing he was carrying in his hand at the Minnesota Avenue metro-station.  S-1 was also captured wearing blue headphones around his neck as he walked on the platform at L'Enfant Plaza and talking on his cellular telephone.  S-1 walked up the escalators to the upper level to board an additional railcar by the green and yellow lines.  Once on the upper level, S-1 was captured sitting alongside the escalators, reaching into his pocket, retrieving his cellular telephone, and awaiting the train.  While sitting, S-1 appeared to retrieve an object from his waistband and placed the object into his backpack.  Based on the appearance of the grey sweatpants, S-1 appeared to have the jeans on underneath.  S-1 boarded the railcar (6043) at approximately 1919 hours.







*S-1 at L'Enfant Plaza*

**S-1's Arrival at Suitland Metro-Station after Committing the Robbery**

12. Suitland Metro-Station Footage

    a.  Detective A. Mason reviewed footage from the Suitland metro-station for March 2, 2026, from 1930 to 2005 hours (7:30 PM – 8:05 PM).  S-1 was captured on several cameras throughout the metro-station.  Upon arrival, S-1 exited the railcar while wearing all grey clothing, with the backpack still on his back.  S-1's face was completely concealed with the hood to the hoodie tied completely tight on his head and around his face.  In addition, S-1 had a black article of clothing, possibly a face mask covering the lower portion of his face.  The blue headphones were around S-1's neck.  After getting off the train, S-1 walked up a flight of stairs to the upper level of the metro-station.  Once on the upper level on the metro-station, S-1 walked through the employee gate to the left of the fare gate.  Once through the iron gate, S-1 went up a set of escalators, labeled "parking."  He then walked down a pedestrian walkway inside of the metro-station.  Close to the end of the pedestrian walkway, S-1 removed the backpack from his back and took out the black coat and put it on before exiting the pedestrian walkway.







*S-1's Movements at the Suitland Metro Station*

b.  An exterior camera at the metro-station captured the vehicle that picked up S-1 traveling on the property.  S-1 was captured on a separate exterior camera at the metro-station standing on the sidewalk pacing back and forth, appearing to be waiting for the vehicle to pick him up.  S-1 appeared to be using his cellphone while waiting on the sidewalk.  At approximately 2000 hours (8:00 PM), S-1 was captured walking down the sidewalk on WMATA property Suitland metro-station where he met the vehicle and entered on the passenger side.  At approximately 2002 hours (8:02 PM), the vehicle that picked S-1 up was captured making a left on Silver Hill Road, Suitland, Maryland, towards Suitland Road.





*S-1's Pickup by the Jeep*

**Identification of the Vehicle that picked up S-1 at Suitland Metro-Station**

Detective A. Mason contacted Prince George's County, Maryland Carjacking detective, Detective M. Leedy requesting assistance with conducting an LPR ("License Plate Reader") query for the date of March 2, 2026, and time of 1950 to 2010 hours (7:50 PM – 8:10 PM) in an attempt to locate the vehicle that picked up S-1. The vehicle description and a photograph were included in the request. Detective M. Leedy was able to locate the vehicle, which had District of Columbia registration (tags). On March 2, 2026, at approximately 1958 hours (7:58 PM), the vehicle was captured via the LPR camera (Suitland Road at Shadyside Ave) labeled Suitland Road towards Silver Hill Road, which is consistent with the vehicle traveling to pick up S-1 at the Suitland metro-station. Detective M. Leedy was able to locate the vehicle, parked and unoccupied at the 4100 block Suitland Road, Suitland Maryland. Additionally, Detective A. Mason was made aware of a Closed-Circuit Television, located on Silver Hill Road, Suitland, Maryland, that captured the vehicle on Silver Hill Road, Suitland, Maryland, traveling from the metro-station on March 2, 2026, at approximately 2002 hours (8:02 PM). In addition to obtaining the registration information for the vehicle, law enforcement was also able to locate information for the registered owner.



*Travel of the Jeep*



| Read Info | |
|---|---|
| Plate | DC |
| Date/Time | 3/2/2026 7:58:23 PM UTC-05:00 |
| GPS | (38.851789, -76.931046) Error Radius: 0m |
| Speed | mph |
| Reader | PGPD FCU - Suitland Rd @ Shadyside Ave |
| Reader Notes | |
| User | |
| Camera | Suitland Rd twrds Silver Hill Rd |
| Domain | MCAC - PGPD Sharing (FCU) |
| Make | |
| Model | |
| Type | |
| Color | |
| MTC | Plate has no MTC |

*LPR Hit*

**S-1's Final Destination after the Robbery**

On March 2, 2026, at approximately 2056 hours (8:56 PM), S-1 was captured in camera view walking back to the high-rise apartment building located at 1500 Southview Drive, Oxon Hill, Maryland. S-1 approached the apartment building and walked over to the callbox to gain entry into the building.







*S-1 Entering 1500 Southview Drive*

**Identification of S-1's Phone Number**

Detective A. Mason was able to locate a telephone number for the registered owner of the vehicle, a grey/black 2016 Jeep Wrangler Unlimited Sahara, 4-door SUV, bearing District of Columbia registration (tags), which picked S-1 up from the Suitland Metro Station, on March 2, 2026. Detective A. Mason served a grand jury subpoena on the phone carrier to obtain the Call Detail Records associated with the registered owner's number. Based on the timeframe that S-1 arrived and was picked up from the Suitland Metro Station, Detective A. Mason located the telephone number, 202-983-8322. The 8322 number was in contact with the registered owner's number on March 2, 2026, by calls and data between the timeframe of 1908 to 1954 hours (7:08PM to 7:54PM).

Detective A. Mason also compared the 8322 number with the information provided pursuant to a prior Tower Dump warrant, 26-sc-693, signed by the Honorable Moxila A. Upadhyaya on March 26, 2026. Detective A. Mason reviewed the records provided by the provider pursuant to that warrant and saw that the 8322 number appeared to connect with cell towers near L'Enfant Plaza and the Suitland Metro Station at times when S-1 was seen on surveillance moving through those locations. In addition, Detective A. Mason queried the 8322 number in Cash App and found an associated name and account for Abdullah THOMAS ("THOMAS"), $Abdullah Thomas2.

A query via a law enforcement database revealed a booking photograph and other identifying information for THOMAS, including a date of birth and a PDID number. Additionally, a query of the Court Services and Offender Supervision Agency ("CSOSA") revealed that THOMAS had provided the agency the 8322 phone number. Detective A. Mason compared still photographs from various video surveillance footage from a WMATA metro-bus and metro station from around the time of the robbery. Based on that comparison, Detective A. Mason believed that THOMAS's physical features were consistent with S-1. S-1 appeared to have some sort of mark (scar or tattoo) under his left eye which was visible in the still photograph from the metro-bus and the CSOSA profile photograph.



*THOMAS's Cash App*



*THOMAS's Court Social Services Agency Profile*



*S-1's Aboard a WMATA metro-bus and metro-station*

On April 29, 2026, Special Agent Joseph Prendergast reported to CSOSA and showed three images of S-1 to THOMAS's probation officer and asked if the probation officer recognized the individual in the images.  The probation officer indicated that IT recognized THOMAS as being the person in the images.

  

*Images Shown to Probation Officer*

Law enforcement also obtained a warrant for historical cell site information for the 8322 number in 26-sc-956, signed by the Honorable Matthew J. Sharbaugh in the District of Columbia. A preliminary review of the return showed the device associated with the 8322 phone number moving in a manner consistent with S-1 in the timeframe surrounding the robbery.  Particularly,

between 4:20 and 4:23 PM on March 2, 2026 the 8322 phone number appeared to have a tower activation consistent with being at the Southern Avenue Metro Station.  A data session at approximately 6:23 PM showed the 8322 phone number with a data session near the offense location.  Then at 7:32 and 7:57 PM, there are tower activations in the area of the Suitland Metro Station.  Finally, at 8:52 and 9:09 PM, the 8322 phone number has an activation at a tower in the vicinity of 1500 Southview Drive, apartment 205, Oxon Hill, Maryland 20745.  Cell site information showed data consistent with the 8322 phone number being at the 1500 Southview Drive location overnight on April 29, 2026, as well. The 8322 phone number repeatedly pinged in the area of the 1500 Southview Drive during the time period covered by the aforementioned warrant, specifically between February 15, 2026 and April 29, 2026.  Moreover, the cell site data coupled with the images of the Suspect using a phone on the offense date strongly suggests that THOMAS has a digital device, that he was using it around the time of the robbery, and that he keeps it at the 1500 Southview Drive residence where he stays overnight.

Additionally, law enforcement determined that the 8322 phone number was registered to Individual-1, with an address at the apartment complex located at 1500 Southview Drive in Oxon Hill, Maryland 20745.  Detective A. Mason verified Individual-1's leasing contract with the Southern Management Property Manager by serving a grand jury subpoena.  Additionally, on April 1, 2026, S-1 visited his probation officer at the CSOSA Agency located at 3850 South Capitol Street Southeast, Washington, D.C. 20032.  During this visit, THOMAS disclosed to the agency that he was residing with Individual-1 at the apartment complex that is located at 1500 Southview Drive, Oxon Hill, Maryland 20745. After THOMAS's visit, law enforcement observed via surveillance that he returned to that location.



*S-1 departure to CSOSA on April 01, 2026*



***S-1 returning from CSOSA on April 01, 2026, 1500 Southview Drive, Oxon Hill Maryland***

As such, your affiant submits that probable cause exists to charge Abdullah THOMAS with violations of 18 U.S.C. § 1951 (Interference with Interstate Commerce by Robbery), and 18 U.S.C. § 924(c)(1)(A) (Using, Carrying, and Possessing a Firearm During a Crime of Violence).

_____

Special Agent Joseph Prendergast
Federal Bureau of Investigation

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on May 29, 2026.

_____

Honorable Moxila A. Upadhyaya
United States Magistrate Judge